# Re Philadelphia, Newtown, & New York Railroad Company's Turnpike Road.

Under the act of June 2, 1887, P. L. 306, "authorizing the condemnation of turnpikes," etc., a certiorari to the action of the court of quarter sessions in appointing the jury and master is premature, and will be quashed.

(Argued March 23, 1888. Decided April 23, 1888.)

January Term, 1888, No. 207, E. D., before PAXSON, STERRETT, GREEN, CLARK, and WILLIAMS, JJ. Certiorari to the Quarter Sessions of Philadelphia County to review a decree appointing a jury and a master in proceedings to condemn a turnpike and free the same from toll. Writ quashed.

The facts are stated in the opinion.

*Thomas Hart, Jr., Richard L. Ashurst,* and *George R. Kaercher* for the railroad company, appellant.

*Thomas Wagner, Jr.,* and *J. Howard Gendell* for petitioners, appellees.

OPINION BY MR. JUSTICE PAXSON:

This was a certiorari to the court of quarter sessions of the county of Philadelphia to remove into this court, for review, certain proceedings under the act of June 2, 1887, P. L. 306, to condemn a section of the Frankford & Oxford Turnpike Road, and to free the same from tolls. The 6th section of said act provides that "Any party aggrieved by the action of the court may remove the proceedings to the supreme court by writ of certiorari, within twenty days after the final confirmation or disapproval."

Cited in Johnstown, I. & W. Turnp. Co.'s Petition, 5 Pa. Super. Ct. 65, 71, 40 W. N. C. 483, 28 Pittsb. L. J. N. S. 59, holding appeal from interlocutory order in condemnation proceedings premature.

NOTE.—For other proceedings in this case, see Philadelphia, N. & N. Y. R. Co.'s Appeal, 120 Pa. 90, 13 Atl. 708.

This writ of certiorari was brought to the action of the court in appointing the jury and master as provided for in the act, and is therefore premature. There is no final action by the court below. This was admitted at bar, but we were desired in some way to express an opinion that would define the rights of the parties. This we could not well do upon this abortive writ. The plaintiffs here may fairly gather from the opinion in that case, without reading between the lines, that we are of opinion the petitioners have the right to go on with their proceeding.

This writ is quashed.